James K. Kloss, State Bar No. 010327
jkloss@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Phoenix Plaza Tower II
2929 North Central Avenue, Suite 1700
Phoenix, Arizona 85012-2761
Telephone: 602.385.1040
Facsimile: 602.385.1051
Firm email: azdocketing@lbbslaw.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Colonial American Casualty and Surety Company,<br><br>             Plaintiff,<br><br>     v.<br><br>BNCCORP, Inc. a Delaware Corporation and BNC National Bank, a Delaware Corporation, and Does 1 through 1000,<br><br>             Defendants. | Case No.<br><br>**CORPORATE DISCLOSURE** |

  This Corporate Disclosure Statement is filed on behalf of Colonial American Casualty and Surety Company, in compliance with the provisions of:

  X   Rule 7.1, Federal Rules of Civil Procedure, a non governmental corporate party to an action in a district court must file a statement that identifies any parent corporation any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

  ___   Rule 12.4(a)(1), Federal Rules of Criminal Procedure, any non governmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that own 10% or more of its stocks or states that there is no such corporation.

4839-3320-5767.1
LA/998214v1                                                   1

___ Rule 12.4(a)(2), Federal Rules of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

The filing party hereby declares as follows:

___ No such corporation.

_X_ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below:

> Colonial American Casualty and Surety Company is a wholly owned subsidiary of Fidelity and Deposit Company of Maryland, a Maryland corporation. Fidelity and Deposit Company of Maryland is a wholly owned subsidiary of Zurich American Insurance Company, a New York corporation. Zurich American Insurance Company is a wholly owned subsidiary of Zurich Holding Company of America, Inc., a Delaware corporation. Zurich Holding Company of America, Inc. is 99.8711% owned directly by Zurich Insurance Company Ltd, a Swiss corporation, with the remaining shares indirectly owned by Zurich Insurance Company Ltd. Zurich Insurance Company Ltd is directly owned by Zurich Financial Services Ltd, a Swiss corporation. Zurich Financial Services Ltd is the only publicly traded parent company, with a listing on the Swiss stock exchange, and a further trading of American Depositary Receipts.

___ Publicly held corporation, not a party to the case, with a financial interest in the outcome. List identity of corporation and the nature of financial interest.

___ Other (please explain).

4839-3320-5767.1
LA/998214v1                                        2

A supplemental disclosure statement will be filed upon any change in the information provided herein.

DATED this 30th day of September, 2010.

                                  LEWIS BRISBOIS BISGAARD & SMITH, LLP


                    By:    /s/ James K. Kloss
                           James K. Kloss
                           Attorneys for Plaintiff